UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RAUL PEREZ                          ]
    Petitioner,                     ]
                                    ]
v.                                  ]     No. 3:13-0597
                                    ]     Judge Sharp
UNITED STATES OF AMERICA            ]
    Respondent.                     ]

## O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds no merit in the petitioner's § 2255 Motion to Vacate, Set Aside or Correct Sentence (Docket Entry No.6). Therefore, said Motion, along with petitioner's Motion for Dismissal for Failure to Prosecute (Docket Entry No.20), are DENIED and this action is hereby DISMISSED. Rule 8(a), Rules --- § 2255 Cases.

Should the petitioner file a timely Notice of Appeal, such Notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has failed to make a substantial showing of a denial of a constitutional right.

It is so ORDERED.

                                                Kevin H. Sharp
                                                United States District Judge